# UNITED STATES DISTRICT COURT

for

# EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jamie Antonie Tomassetti            Docket No. 7:10-CR-56-1BO

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamie Antonie Tomassetti, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 30, 2010, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 48 months under the standard conditions adopted by the court.

Jamie Antonie Tomassetti was released from custody on August 8, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 8, 2013, the defendant tested positive for marijuana. He admitted the use. Tomassetti is gainfully employed and there are no other instances of non-compliance. To address the violation it is recommended the conditions of supervision be modified by the addition of the drug aftercare condition and the cognitive behavior program condition. The requested modification will allow for increased drug testing and provide treatment through the cognitive program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows: Except as herein modified, the judgment shall remain in full force and effect.

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

2. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Jamie Antonie Tomassetti
Docket No. 7:10-CR-56-1BO
Petition For Action
Page 2

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the
foregoing is true and correct.

/s/ Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: April 24, 2013

### ORDER OF COURT

Considered and ordered this 25 day of April, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge