# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Jamie Antonie Tomassetti            Docket No. 7:10-CR-56-1BO

### Petition for Action on Supervised Release

COMES NOW Chip Williams, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jamie Antonie Tomassetti, who, upon an earlier plea of guilty to Possession With Intent to Distribute a Quantity of Marijuana in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on November 30, 2010, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 48 months under the standard conditions adopted by the court.

Jamie Antonie Tomassetti was released from custody on August 8, 2011, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 8, 2013, the defendant tested positive for marijuana. To address this violation the court modified the conditions of supervision to include drug aftercare and cognitive behavioral program conditions. Additionally, Mr. Tomassetti was subject to increased drug testing. The defendant is participating in the cognitive behavioral program.

On October 3, 2013, the defendant attempted to defeat a urine screen by employing a Whizzinator (a prosthetic male urine delivery device). When confronted, Mr. Tomassetti admitted to using marijuana on September 30, 2013, and Adderal (without a prescription) on October 2, 2013. The defendant is gainfully employed and has not incurred new criminal charges. To address the latest violations, it is recommended the conditions of supervision be modified to include a 2 day jail sanction. Additionally, the frequency of contacts with the defendant will be increased. The requested modification will allow the defendant to remain employed and to continue with cognitive therapy. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Jamie Antonie Tomassetti
Docket No. 7:10-CR-56-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows: Except as herein modified, the judgment shall remain in full force and effect.

1. The defendant shall serve two (2) days in the custody of the Bureau of Prisons as arranged by the probation officer.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Chip Williams<br>Chip Williams<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-3958<br>Phone: 910-815-4857<br>Executed On: October 7, 2013 |

**ORDER OF COURT**

Considered and ordered this 8 day of October, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge